# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 8, 2016

## NO. 03-15-00658-CV

**D. N. and E. M., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 27TH DISTRICT COURT OF LAMPASAS COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on October 5, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.